IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOMEN FIRST HEALTHCARE, INC. | Case No. 04-11278 |
| Debtor. | **Rel. Doc. 928** |

**NOTICE OF APPEAL FROM AMENDED ORDER
DATED FEBRUARY 6, 2006 OF THE HONORABLE MARY F. WALRATH**

McKesson Corporation ("McKesson") appeals to the United States District Court for the District of Delaware from the Amended Order Denying Motion to Compel Payment of Escrow Funds (the "Order") [D.I. No. 928], dated and entered February 6, 2006, issued by Chief United States Bankruptcy Judge Mary F. Walrath.

The parties to the Order appealed from and the names and addresses of their respective attorneys of record are:

| Party | Counsel |
|---|---|
| Debtors | Michael R. Nestor, Esquire
Sean M. Beach, Esquire
Young, Conaway, Stargatt & Taylor
1000 West Street, 17th Floor
Wilmington, DE 19801 |
| WFHC Liquidating Trust | Kurt F. Gwynne, Esquire
Mark W. Eckard, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801 |
| WFHC Liquidating Trustee | Stephen Spence, Esquire
Phillips Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806 |

447.001-11154.DOC

| Party | |
|---|---|
| U.S. Trustee | William Harrington, Esq.<br>US Trustee's Office<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| McKesson Corporation | Jeffrey K. Garfinkle, Esquire<br>Buchalter Nemer<br>18400 Von Karman Avenue, Suite 800<br>Irvine, CA 92612-0514 |

Dated: February 15, 2006

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*

Richard S. Cobb (No. 3157)
Megan N. Harper (No. 4103)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Jeffrey K. Garfinkle
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182


Attorneys for McKesson Corporation

TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

Bankruptcy Case Number: 04-11278 MFW

Deputy Clerk Transferring Case: J. Renee Kuesel

Case Type: Bankruptcy Case

**Order, Date Entered and Issues**

Amended Order Denying Motion to Compel Payment of Escrow Funds [Docket #928]

Notice of Appeal AP# 06-23 [Docket #938]

Appellant Designation [Docket #944]

Appellee Designation [Docket #954]

**Debtor:**

**Women First HealthCare, Inc.**
5355 Mira Sorrento Place
San Diego, CA 92121
Tax id: 13-3919601

**Counsel:**

**Kara Hammond Coyle**
Young Conaway Stargatt & Taylor LLP
1000 West St., 17th Floor
Brandywine Building
Wilmington, DE 19801
302-571-6600
Email: bankruptcy@ycst.com

**Appellant:**

**Mckesson's Corporation**

**Counsel:**

Richard S. Cobb

919 Market Street, Ste. 600

Wilmington, DE 19801

**Appellee:**

**Women First Healthcare Liquidating Trust**

**Counsel:**

**Justin Cory Falgowski**
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
302-778-7500
Fax : 302-778-7575
Email: jfalgowski@reedsmith.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WOMEN FIRST HEALTHCARE, INC., | ) | |
| | ) | Case No. 04-11278 (MFW) |
| Debtor. | ) | |
| | ) | |

**AMENDED ORDER**

AND NOW this **6th** day of **FEBRUARY, 2005,** upon consideration of the Motion of McKesson Corporation to Compel Payment of Escrow Funds, the Objection of the Debtor and Trust thereto, and the briefs of the parties, it is hereby

**ORDERED** that the Motion is **DENIED.**

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: Mark Eckard, Esquire [1]

---

[1] Counsel shall distribute a copy of this Opinion and Order to all interested parties and file a Certificate of Service with the Court.

                              SERVICE LIST

Mark Eckard, Esquire
Kurt Gwynne, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Counsel for the Liquidating Trust

Jeffrey Garfinkel, Esquire
Buchalter Nemer PC
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Counsel for McKesson Corporation

Richard S. Cobb, Esquire
Landis, Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Counsel for McKesson Corporation