## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WOMEN FIRST HEALTHCARE, INC. | ) Case No. 04-11278 |
| | ) |
| Debtor. | ) **Ref. No. 938** |
| | ) |

## DESIGNATION OF RECORD AND STATEMENT OF ITEMS TO BE PRESENTED ON APPEAL OF MCKESSON CORPORATION FROM ORDER OF THE BANKRUPTCY COURT ENTERED FEBRUARY 6, 2006

McKesson Corporation ("McKesson") by and through its counsel, hereby submits the following statement of issues on appeal and designation of items to be included in the record to the United States District Court for the District of Delaware.

### STATEMENT OF ISSUES

1.     Whether the Bankruptcy Court erred in not applying the plain language of the SkinMedica asset purchase agreement in denying McKesson's Motion to Compel Payment of Escrow Funds.

2.     Whether the Bankruptcy Court erred in allowing the Liquidating Trust (as the successor to the Debtor) to exercise its setoff rights against funds paid by a third party (SkinMedica).

3.     Whether the Bankruptcy Court erred in determining that Debtor's right of setoff pursuant to 11 U.S.C. §553 or 11 U.S.C. §558 precluded any further payment of escrow funds due McKesson under the SkinMedica asset purchase agreement.

4.     Whether the Bankruptcy Court erred in determining that there was mutuality between the parties sufficient to permit setoff pursuant to 11 U.S.C. §553 or 11 U.S.C. §558.

447.001-11305.DOC

5.    Whether the Bankruptcy Court erred in determining that there was mutuality of debts sufficient to permit setoff pursuant to 11 U.S.C. §553 or 11 U.S.C. §558.

6.    Whether the Bankruptcy Court erred in not allocating the setoff to the portion of the Debtor's debt to McKesson not assumed and paid by a third party (SkinMedica).

7.    Whether the Bankruptcy Court erred in preventing McKesson from exercising any setoff rights McKesson may have had until the Bankruptcy Court ruled on the Motion to Compel Payment of Escrow Funds.

## DESIGNATION OF ITEMS FOR RECORD

McKesson designates the follow items for the record:

| Tab No. | Filing Date | Docket No. | Description of Item |
|---------|-------------|------------|---------------------|
| 1. | 04/29/2004 | 1 | Chapter 11 Voluntary Petition |
| 2. | 05/03/2004 | 23 | Motion to Sell Free and Clear of Liens Debtor's Motion for an Order Pursuant to 11 U.S.C. Section 105(a), 363 and 365 and Fed.R.Bankr.P. 2002, 6004 and 6006 Authorizing the Sale of the Debtor's Vaniqa Assets Free and Clear of Liens, Claims, and Encumbrance, and the Assumption and Assignment of Executory Contracts in Connection Therewith Filed by Women First HealthCare, Inc |
| 3. | 05/03/2004 | 24 | Motion to Approve Debtor's Motion for Order (i) Approving Bidding Procedures With Respect to the Sale of the Debtor's Vaniqa Assest; (ii) Approving Break-Up Fee and Expense Reimbursement; (iii) Establishing Deadline By Which Parties May Object to Proposed Assumption and/or Assignment of Assumed Contracts and Assert Claims for Cure Amounts; (iv) Approving Form and Manner of Notice of Sale; and (v) Scheduling Auction and Final Hearing on Approval of Asset Sale Filed by Women First HealthCare, Inc... |

447.001-11305.DOC

| Tab No. | Filing Date | Docket No. | Description of Item |
|---|---|---|---|
| 4. | 05/03/2004 | 38 | Notice of Hearing Regarding Debtor's Motion for Order (i) Approving Bidding Procedures With Respect to the Sale of the Debtor's Vaniqa Assest; (ii) Approving Break-Up Fee and Expense Reimbursement; (iii) Establishing Deadline By Which Parties May Object to Proposed Assumption and/or Assignment of Assumed Contracts and Assert Claims for Cure Amounts; (iv) Approving Form and Manner of Notice of Sale; and (v) Scheduling Auction and Final Hearing on Approval of Asset Sale |
| 5. | 05/14/2004 | 86 | Statement of The Official Committee of Unsecured Creditors Regarding Debtor's Motion for Order (i) Approving Bidding Procedures With Respect to the Sale of the Debtor's Vaniqa Assets; (ii) Approving Break-Up Fee and Expense Reimbursement; (iii) Establishing Deadline By Which Parties May Object to Proposed Assumption and/or Assignment of Assumed Contracts and Assert Claims for Cure Amounts; (iv) Approving Form and Manner of Notice of Sale; and (v) Scheduling Auction and Final Hearing on Approval of Asset Sale |
| 6. | 05/192004 | 110 | Order (I) Approving Bidding Procedures With Respect to the Sale of the Debtor's Vaniqa Assest; (II) Approving Break-Up Fee and Expense Reimbursement; (III) Establishing Deadline By Which Parties May Object to Proposed Assumption and/or Assignment of Assumed Contracts and Assert Claims for Cure Amounts; (IV) Approving Form and Manner of Notice of Sale; and (V) Scheduling Auction and Final Hearing on Approval of Asset Sale. |
| 7. | 05/21/2004 | 125 | Notice of Sale NOTICE OF POSSIBLE ASSUMPTION, SALE AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS AND SALE HEARING ( |
| 8. | 06/02/2004 | 154 | Schedules of Assets and Liabilities for Women First HealthCare, Inc. Filed by Women First HealthCare, Inc. |
| 9. | 06/02/2004 | 155 | Statement of Financial Affairs for Women First HealthCare, Inc. Filed by Women First HealthCare, Inc. |
| 10. | 06/22/2004 | 179 | Limited Objection to /of the Official Committee of Unsecured Creditors to the Debtor's Motion for an Order Pursuant to 11 U.S.C. Sections 105(a), 363 and 365 and Fed.R.Bankr.P. 2002, 6004 and 6006 Authorizing the Sale of the Debtor's Vaniqa Assets Free and Clear of Liens, Claims, and Encumbrances, and the Assumption and Assignment of executory Contracts in Connection Therewith |

3

| Tab No. | Filing Date | Docket No. | Description of Item |
|---|---|---|---|
| 11. | 06/25/2004 | 200 | Order Authorizing the Sale of the Debtor's Vaniqa Assets Free and Clear of All Liens, Claims, and Encumbrances, and the Assumption and Assignment of Executory Contracts in Connection Therewith Signed on 06/25/2004 |
| 12. | 09/29/2004 | 453 | Motion to Compel Payment of Escrow Funds |
| 13. | 11/16/2004 | 548 | Objection to Debtor's Objection to McKesson Corporation's Motion to Compel Payment of Escrow Funds |
| 14. | 12/15/2004 | 620 | Transcript of Hearing held on November 18, 2004 before the Honorable Mary F. Walrath. |
| 15. | 12/28/2004 | 647 | Order Confirming Debtor's Second Amended Chapter 11 Plan of Liquidation Dated as of December 21, 2004 |
| 16. | 01/10/2005 | 673 | Order Amending Order Confirming Debtor's Second Amended Chapter 11 Plan of Liquidation Dated as of December 21, 2004 Signed in Court on 01/10/2005 |
| 17. | 05/02/2005 | 784 | Brief of the WFHC Liquidating Trust in Opposition to McKesson Corporation's Motion to Compel Payment of Escrow Funds |
| 18. | 08/31/2005 | 837 | Brief Supplemental Brief of McKesson Corporation in Support of Motion to Compel Payment of Escrow Funds |
| 19. | 09/22/2005 | 846 | Motion for Leave to File Reply Brief in Opposition to McKesson Corporation's Motion to Compel Payment of Escrow Funds Filed by WFHC Liquidating Tru |
| 20. | 09/23/2005 | 848 | Order Granting Motion of the WFHC Liquidating Trust for Leave to File Reply Brief in Opposition to McKesson Corporation's Motion to Compel Payment of Escrow Funds |
| 21. | 09/26/2005 | 849 | Reply Brief of the WFHC Liquidating Trust in Opposition to McKesson Corporation's Motion to Compel Payment of Escrow Funds |
| 22. | 09/26/2005 | 850 | Notice of Completion of Briefing Regarding McKesson Corporation's Motion to Compel Payment of Escrow Funds |
| 23. | 10/31/2005 | 862 | Objection to Claim Women First Healthcare Liquidating Trust's Objection to Proofs of Claim # 160 and 162 Filed by McKesson Corporation Pursuant to 11 U.S.C. Section 502, Fed.R.Bankr.P. 3007 and Del.Bankr.LR. 3007-1 |
| 24. | 12/01/2005 | 873 | Response to Women First Healthcare Liquidating Trust's Objection to Proofs of Claim # 160 and 162 Filed by McKesson Corporation |
| 25. | 12/01/2005 | 874 | Declaration of Dan Sawyers in Support of McKesson Corporation's Response to Women First Healthcare Liquidating Trust's Objection to Proofs of Claim # 160 and 162 Filed by McKesson Corporation |
| 26. | 12/05/2005 | 876 | Notice of Filing Exhibit |
| 27. | 12/05/2005 | 877 | Affidavit/Declaration of Service |

447.001-11305.DOC

| Tab No. | Filing Date | Docket No. | Description of Item |
|---------|-------------|------------|---------------------|
| 28. | 12/07/2005 | 882 | Memorandum Opinion DENYING Motion of McKesson Corporation to Compel Payment of Escrow Funds |
| 29. | 12/07/2005 | 883 | Order DENYING Motion of McKesson Corporation to Compel Payment of Escrow Funds |
| 30. | 12/19/2005 | 888 | Motion to Reconsider December 7, 2005 Memorandum Opinion Denying McKesson's Motion to Compel Payment of Escrow Funds or, in the Alternative, to Amend the Findings of Fact and Conclusions of Law Contained Therein |
| 31. | 12/21/2005 | 890 | Certificate of Service of McKesson Corporation's Motion for Reconsideration of the December 7, 2005 Memorandum Opinion Denying McKesson's Motion to Compel Payment of Escrow Funds or, in the Alternative, to Amend the Findings of Fact and Conclusions of Law Contained Therein |
| 32. | 01/30/2006 | 919 | Objection of the WFHC Liquidating Trust to McKesson Corporation's Motion for Reconsideration of the December 7, 2005 Memorandum Opinion Denying McKesson's Motion to Compel Payment of Escrow Funds or, in the Alternative, to Amend the Findings of Fact and Conclusions of Law Contained Therein |
| 33. | 02/01/2006 | 921 | Motion for Leave to File a Reply in Support of Motion for Reconsideration of the December 7, 2005 Memorandum Opinion Denying McKesson's Motion to Compel Payment of Escrow Funds or, in the Alternative, to Amend the Findings of Fact and Conclusions of Law Contained Therein |
| 34. | 02/03/2006 | 924 | Motion for Leave of the WFHC Liquidating Trust for Leave to File Sur-Reply Regarding McKesson Corporation's Motion for Reconsideration of the December 7, 2005 Memorandum Opinion Denying McKesson's Motion to Compel Payment of Escrow Funds or, in the Alternative, to Amend the Findings of Fact and Conclusions of Law Contained Therein Filed by WFHC Liquidating Trust |
| 35. | 02/06/2006 | 926 | Order GRANTING Motion To Reconsider this Court's Opinion Dated December 7, 2005, and AMENDING Memorandum Opinion |
| 36. | 02/06/2006 | 927 | Amended Opinion DENYING Motion to Compel Payment of Escrow Funds |
| 37. | 02/06/2006 | 928 | Amended Order DENYING Motion to Compel Payment of Escrow Funds |
| 38. | 02/15/2006 | 938 | Notice of Appeal #AP-06-23 From Amended Order Dated February 6, 2006 of the Honorable Mary F. Walrath |
| 39. | 02/16/2006 | 941 | Transcript of Hearing Before Honorable Mary F. Walrath Held on February 6, 2006 at 9:30 A.M |

447.001-11305.DOC

Dated: February 27, 2006

**LANDIS RATH & COBB LLP**

By: _____
Richard S. Cobb (No. 3157)
Megan N. Harper (No. 4103)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

Jeffrey K. Garfinkle
BUCHALTER NEMER
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for McKesson Corporation

6

447.001-11305.DOC