IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOMEN FIRST HEALTHCARE, INC.,<br><br>                Debtor. | Chapter 11<br><br>Case No. 04-11278 (MFW)<br><br>Re: Docket Nos. 938 and 944 |

**APPELLEE THE WOMEN FIRST HEALTHCARE LIQUIDATING TRUST'S
COUNTER-DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

The Women First Healthcare Liquidating Trust. (the "Trust"), the Appellee, in accordance with Fed.R.Bankr.P. 8006, makes the following counter-designation of additional items to be included in the record on appeal. Pursuant to Fed.R.Bankr.P. 8006 and Local Bankruptcy Rule 8006-1, the Trust will provide to the Clerk of this Court a copy of the additional items designated below for inclusion in the record on appeal.

The Trust's designation of additional items to be included in the record on appeal is as follows:

    1.    April 12, 2005 Transcript of Proceedings (D.I. 920)

Dated: March 9, 2006
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ J. Cory Falgowski
Kurt F. Gwynne (No. 3951)
J.Cory Falgowski (No. 4546)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Counsel to the WFHC Liquidating Trust