IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  WOMEN FIRST HEALTH CARE INC.,<br><br>Debtor<br>_____<br><br>MC KESSON CORPORATION,<br><br>Appellant,<br><br>v.<br><br>WOMEN FIRST HEALTH CARE LIQUIDATING TRUST,<br><br>Appellee. | Bankruptcy Case No. 04-11278<br><br><br><br><br>C.A. No. 06-204 |

## NOTICE OF COMPLETION OF MEDIATION

**PLEASE TAKE NOTICE** that, I, Richard G. Elliott, Jr., was appointed to serve as mediator for the parties to the captioned appeal.  As of August 8, 2006, I have concluded that a further mediation session would not be necessary because the parties are unable to resolve the outstanding issues between them.

_____
Richard G. Elliott, Jr. (#687)
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, Delaware  19899
(302) 651-7700
Court Appointed Mediator

Dated:  August 8, 2006

RLF1-3044465-1

## CERTIFICATE OF SERVICE

I, Richard G. Elliott, Jr., hereby certify that on this 8th day of August, 2006, I caused a true and correct copy of the foregoing Notice of Completion to be served on the following counsel of record by electronic delivery:

J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Ste. 1500
Wilmington, DE  19801-1163

Stephen W. Spence, Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom St.
Wilmington, DE  19806

Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 600
P.O. Box 2087
Wilmington, DE  19899

_____
Richard G. Elliott, Jr. (#687)