IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| WOMEN FIRST HEALTHCARE, INC. | : | Bankruptcy Co. No. 04-11278 |
| Debtor | : | |
| McKESSON CORPORATION | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-204 GMS |
| WOMEN FIRST HEALTHCARE LIQUIDATING TRUST | : | |
| | : | |
| Appellee | : | |

## **O R D E R**

WHEREAS, on March 29, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on February 6, 2006 (D.I. 1), was filed;

WHEREAS, on April 6, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on August 8, 2006, a Notice of Completion of Mediation was filed by Richard G. Elliott, Jr. (D.I. 5);

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than September 29, 2006.

Dated: August 29, 2006   /s/ Gregory M. Sleet
                         UNITED STATES DISTRICT JUDGE