UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOMEN FIRST HEALTHCARE, INC.,<br>Debtor. | Bankruptcy Co. No. 04-11278 |
| McKESSON CORPORATION,<br><br>Appellant,<br><br>v.<br><br>WOMEN FIRST HEALTHCARE<br>LIQUIDATING TRUST,<br><br>Appellee. | Civil Action No. 06-204 GMS |

## STIPULATED SCHEDULING ORDER FOR BRIEFING ON APPEAL

The parties hereto hereby stipulate and agree to the following schedule for briefing on McKesson Corporation's appeal to the United States District Court for the District of Delaware from the *Order On The Motion of McKesson Corporation To Compel Payment of Escrow Funds*, entered by the United States Bankruptcy Court for the District of Delaware on February 6, 2006:

- Appellant's Brief shall be filed and served on or before December 1, 2006;

- Appellee's Brief shall be filed and served on or before December 21, 2006

- Appellant's Reply Brief shall be filed and served on or before January 5, 2007.

447 001-14044

|  | **BUCHALTER NEMER** <br> A Professional Corporation <br> Jeffrey K. Garfinkle <br> 18400 Von Karman Avenue, Suite 800 <br> Irvine, California 92612 <br> Telephone: (949) 760-1121 <br> Facsimile: (949) 720-0182 <br><br> - and - <br><br> **LANDIS RATH & COBB LLP** <br><br> _____ <br> Richard S. Cobb (# 3157) <br> Megan. N. Harper (# 4103) <br> Landis Rath & Cobb LLP <br> 919 Market Street, Suite 600 <br> Wilmington, DE 19801 <br> Telephone: (302) 467-4400 <br> Facsimile: (302) 467-4450 <br><br> Attorneys for McKesson Corporation |
|  | **REED SMITH, LLP** <br><br> /s/ J. Cory Falgowski <br> Kurt F. Gwynne, Esq. <br> J. Cory Falgowski, Esq. <br> 1201 Market Street, Suite 1500 <br> Wilmington, DE 19801 <br> Telephone: (302) 778-7544 <br> Facsimile: (302) 778-7575 <br><br> Attorneys for Women First Healthcare Liquidating Trust |

IT IS SO ORDERED:


_____
The Honorable Gregory M. Sleet
United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOMEN FIRST HEALTHCARE, INC.,<br>Debtor. | Bankruptcy Co. No. 04-11278 |
| McKESSON CORPORATION,<br><br>Appellant,<br><br>v.<br><br>WOMEN FIRST HEALTHCARE<br>LIQUIDATING TRUST,<br><br>Appellee. | Civil Action No. 06-204 GMS |

## CERTIFICATE OF SERVICE

I, Megan N. Harper, do hereby certify that a true and correct copy of the Stipulated Scheduling Order for Briefing on Appeal was served on the following party on September 29, 2006 via hand delivery:

Kurt Gwynne, Esquire
J. Cory Falgowski, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

_____
Megan N. Harper, Esquire (No. 4103)

447.001-14047.doc