UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>WOMEN FIRST HEALTHCARE, INC.,<br>Debtor. | Bankruptcy Co. No. 04-11278 |
| McKESSON CORPORATION,<br>        Appellant,<br>v.<br>WOMEN FIRST HEALTHCARE<br>LIQUIDATING TRUST,<br>        Appellee. | Civil Action No. 06-204 GMS |

## NOTICE OF PENDING SETTLEMENT

The parties to this appeal have agreed upon the terms of a settlement that is currently being documented in the form of a Stipulation Resolving McKesson Corporation's Motion to Compel Payment of Escrow Funds, McKesson Corporation's Motions For Payment of Administrative Expenses And Women First Healthcare Liquidating Trust's Objection To Proofs of Claim #160 and 162 Filed By McKesson Corporation Pursuant to 11 U.S. C. §502, F.R.B.P. 3007 and Del.Bankr.LR. 3007-1 (the "Stipulation"). It is anticipated that the Stipulation will be finalized and submitted to the Bankruptcy Court within the next week and, if approved by that Court, will result in the dismissal of this Appeal.

November 21, 2006

LANDIS RATH & COBB LLP

Richard S. Cobb (#3157)
Rebecca L. Butcher (#3816)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

-and-

BUCHALTER NEMER
A Professional Corporation
Jeffrey K. Garfinkle
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for McKesson Corporation

447.001-14727.DOC

## CERTIFICATE OF SERVICE

I, Rebecca L. Butcher, do hereby certify that a true and correct copy of the foregoing Notice of Pending Settlement was served on the following parties on November 21, 2006 in the manner indicated:

| BY HAND DELIVERY | BY HAND DELIVERY |
|---|---|
| Kurt Gwynne, Esquire<br>Mark Eckard, Esquire<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801 | William Harrington, Esquire<br>Office of the United States Trustee<br>855 King Street, Suite 2207<br>Wilmington, DE 19801 |
| BY FIRST CLASS MAIL | BY HAND DELIVERY |
| Stephen Spence, Esquire<br>Phillips Goldman & Spence<br>1200 North Broom Street<br>Wilmington, DE 19806 | Michael R. Nestor, Esquire<br>Sean M. Beach, Esquire<br>Young, Conaway, Stargatt & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 |

Rebecca L. Butcher, Esquire (No. 3816)

447.001-14727.DOC